## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK BLAIR, on behalf of himself and others similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC,<br><br>Defendant. | Civil Action No. 2:18-cv-00254 PJP |

### MOTION FOR *PRO HAC VICE* OF STEPHANIE J. PEET

Stephanie J. Peet, undersigned counsel for Defendant Comprehensive Healthcare Management Services, LLC, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Comprehensive Healthcare Management Services, LLC pursuant to LCvR 83.2(b).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Stephanie J. Peet filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules.

Respectfully submitted,

JACKSON LEWIS, P.C.

By:/s Stephanie J. Peet
Stephanie J. Peet, Esquire
PA Bar I.D. No. 91744
*stephanie.peet@jacksonlewis.com*
*267-319-7818*
215-399-2249 *facsimile*
*Counsel for Defendant*

Dated: 02/20/2019
4831-3194-9959, v. 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ERIK BLAIR, on behalf of himself and others similarly situated employees,<br><br>                    Plaintiff,<br><br>          vs.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC,<br><br>                    Defendant. | Civil Action No. 2:18-cv-00254 PJP |

**AFFIDAVIT OF STEPHANIE J. PEET**
**IN SUPPORT OF MOTION FOR *PRO HAC VICE***

I, Stephanie J. Peet, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Comprehensive Healthcare Management services, LLC pursuant to LCvR 83.2(b).

I, Stephanie J. Peet, being duly sworn, do hereby depose and say as follows:

1.      I am a principle of the law firm Jackson Lewis, P.C.

2.      My business address is Three Parkway, 1601 Cherry Street, Suite 1350, Philadelphia, PA 19102.

3.      I am a member in good standing of the bar of State of Pennsylvania (admitted in 2003).  I am also admitted to practice and am a member in good standing of the bar of the State of New Jersey (admitted in 2003).

4.      My Pennsylvania bar identification number is 91744.

5.      A current certificate of good standing from the Supreme Court of Pennsylvania is attached to this Affidavit as Exhibit A.

6.    I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7.    I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8.    Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Respectfully submitted,

JACKSON LEWIS, P.C.

By:*/s Stephanie J. Peet*_____
        Stephanie J. Peet, Esquire
        PA Bar I.D. No. 91744
        *stephanie.peet@jacksonlewis.com*
        *267-319-7818*
        215-399-2249 *facsimile*
        *Counsel for Defendant*

Dated:  February 20, 2019

4824-7462-4903, v. 1

# EXHIBIT "A"



## 𝖘𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕻𝖊𝖓𝖓𝖘𝖞𝖑𝖛𝖆𝖓𝖎𝖆

**CERTIFICATE OF GOOD STANDING**

### *Stephanie Jill Peet, Esq.*

**DATE OF ADMISSION**

*November 6, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  February 12, 2019**

Patricia A. Johnson
Chief Clerk