IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK BLAIR, on behalf of himself and similarly situated employees, | Civil Action No. 2:18-cv-00254 WSS |
| | Honorable William S. Stickman |
| Plaintiff, | ELECTRONCIALLY FILED |
| v. | |
| COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC; et. al., | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RYMA LEWIS

Ryma Lewis undersigned counsel for Plaintiff-Intervenor, Eugene Scalia, Secretary of Labor, United States Department of Labor, hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff-Intervenot, Eugene Scalia, Secretary of Labor, United States Department of Labor in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Ryma Lewis filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Kate S. O'Scannlain
Solicitor of Labor

Oscar L. Hampton III
Regional Solicitor

1

Adam Welsh
Regional Counsel for Wage and Hour

*s/ John Strawn*
John Strawn
Senior Trial Attorney
PA ID #49789
Office of the Solicitor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
P: (215) 861-5165 f: (215) 861-5162

*/s/ Ryma Lewis*
Ryma Lewis
Trial Attorney
VA ID# 83322
Office of the Solicitor, Region III
201 12th St. S, Ste. 400
Arlington, VA  22202
lewis.ryma@dol.gov
Telephone:  (202) 693-9369
Facsimile:   (202) 693-9392

U.S. DEPARTMENT OF LABOR

**CERTIFICATE OF SERVICE**

I hereby certify that a correct copy of the foregoing Notice of Appearance was filed electronically and is available for viewing and downloading via the ECF system for the United States District Court for the Western District of Pennsylvania. I further certify that a copy of the same was served on counsel for Defendants as listed below via the ECF system

Joanna M. Rodriguez, Esq.
PA I.D. No. 318853
joanna.rodriguez@jacksonlewis.com
Jackson Lewis, P.C.

Marla N. Presley, Esq.
PA I.D. No. 91020
marla.presley@jacksonlewis.com

Stephanie Peet, Esq.
PA I.D. No. 91744

stephanie.peet@jacksonlewis.com
1601 Cherry Street, Ste. 1350
Philadelphia, PA 19102
Telephone: (267) 319-7818
Facsimile:   (215) 399-2249
Counsel for Facilities

Joseph H. Chivers
Joseph H. Chivers, Esq.
jchivers@employmentrightsgroup.com
PA ID No. 39184
THE EMPLOYMENT RIGHTS GROUP, LLC
First & Market Building, Suite 650
100 First Avenue
Pittsburgh, PA 15222
Tel: (412) 227-0763/Fax: (412) 774-1994

John R. Linkosky, Esq.
linklaw@comcast.net
PA ID No. 66011
JOHN LINKOSKY & ASSOCIATES
715 Washington Avenue
Carnegie, PA 15106-4107
Tel: (412) 278-1280/Fax: (412) 278-128


Jeffrey W. Chivers, Esq.
jwc@chivers.com
Theodore I. Rostow, Esq.
ti@chivers.com
CHIVERS LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel.: (718) 210-9826
*Counsel for Plaintiffs
and all others similarly situated*

                                  */s/ Ryma Lewis*
                                  Senior Trial Attorney