### N THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK BLAIR, on behalf of himself and similarly situated employees, ) ) ) | Civil Action No. 2:18-cv-00254 WSS |
| ) | Honorable William S. Stickman |
| ) Plaintiff,  ) ) | ELECTRONCIALLY FILED |
| v.  ) ) | |
| COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC; et. al.,  ) ) ) | |
| Defendants.  ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MOHAMED SEIFELDEIN**

Mohamed Seifeldein, the undersigned counsel for the intervening plaintiff, Eugene Scalia, Secretary of Labor, United States Department of Labor, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the intervening Plaintiff, Eugene Scalia, Secretary of Labor, United States Department of Labor in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Mohamed Seifeldein filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Kate S. O'Scannlain
Solicitor of Labor

Oscar L. Hampton III
Regional Solicitor

Adam Welsh
Regional Counsel for Wage and Hour

*s/ John Strawn*
John Strawn
Senior Trial Attorney
PA ID #49789
Office of the Solicitor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
P: (215) 861-5165 f: (215) 861-5162

*/s/ Ryma Lewis*
Ryma Lewis
Senior Trial Attorney
VA ID# 83322
Office of the Solicitor, Region III
201 12th St. S, Ste. 400
Arlington, VA  22202
lewis.ryma@dol.gov
Telephone:  (202) 693-9369
Facsimile:   (202) 693-9392

*/s/ Mohamed Seifeldein*
Mohamed Seifeldein
Trial Attorney
VA ID# 84424
Office of the Solicitor, Region III
201 12th St. S, Ste. 400
Arlington, VA  22202
lewis.ryma@dol.gov
Telephone:  (202) 693-9382
Facsimile:   (202) 693-9392

U.S. DEPARTMENT OF LABOR

**CERTIFICATE OF SERVICE**

      I hereby certify that a correct copy of the foregoing Motion for Pro Hac Vice was filed electronically and is available for viewing and downloading via the ECF system for the United States District Court for the Western District of Pennsylvania. I further certify that a copy of the same was served on counsel for Defendants as listed below via the ECF system

Stephanie Peet, Esq.
PA I.D. No. 91744
stephanie.peet@jacksonlewis.com

Joanna M. Rodriguez, Esq.
PA I.D. No. 318853
joanna.rodriguez@jacksonlewis.com

Marla N. Presley, Esq.
PA I.D. No. 91020
marla.presley@jacksonlewis.com
Jackson Lewis, P.C.
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA  15222
Telephone:  (412) 232-0404
Facsimile:   (412) 232-3441

Joseph H. Chivers, Esq.

jchivers@employmentrightsgroup.com

PA ID No. 39184


John R. Linkosky, Esq.

linklaw@comcast.net

PA ID No. 66011

                                                      */s/ Mohamed Seifeldein*
                                                      Trial Attorney