UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK BLAIR, on behalf of himself and similarly situated employees, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, | ) ) ) |
| Defendant. | ) |

Civil Action No. 2:18-cv-00254 WSS

## MOTION FOR ADMISSION *PRO HAC VICE* OF CATHERINE A. CANO

Catherine A. Cano, undersigned counsel for Defendant Comprehensive Healthcare Management Services, LLC hereby moves that Catherine A. Cano be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Comprehensive Healthcare Management Services, LLC pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Catherine A. Cano filed herewith, which, is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 16, 2021 | */s/ Catherine A. Cano* |
|  | Catherine A. Cano |
|  | NE Bar I.D. No. 25615 |
|  | catherine.cano@jacksonlewis.com |
|  | Jackson Lewis P.C. |
|  | 10050 Regency Circle, Suite 400 |
|  | Omaha, NE 68114 |
|  | (402) 391-1991 telephone |
|  | (402) 391-7363 facsimile |
|  |  |
|  | *Counsel for Defendant Comprehensive Healthcare Management Services, LLC* |

4822-4226-4805, v. 1