IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK BLAIR, <br> On behalf of himself and similarly situated employees, <br><br> Plaintiff, <br><br> v. <br><br> COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, ET AL; <br><br> Defendants. | ) <br> ) <br> ) Civil Action No. 2:18-cv-00254 WSS <br> ) <br> ) Honorable William S. Stickman <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS SAMUEL HALPER AND EPHRAM LAHASKY'S
MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Samuel Halper and Ephram Lahasky ("Moving Defendants") submit this Motion to Dismiss all claims against them with prejudice and without leave to amend. For the reasons outlined in the accompanying Brief in Support of Motion to Dismiss, Defendants respectfully request the Court grant their Motion.

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Marla N. Presley*
Marla N. Presley, Esq. (PA I.D. No. 91020)
marla.presley@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
Telephone: (412) 232-0404
Facsimile: (412) 232-3441

Catherine A. Cano
catherine.cano@jacksonlewis.com
10050 Regency Cir., Suite 400
Omaha, NE 68114
Telephone: (402) 391-1991
Facsimile: (402) 391-7363

Date:  May 7, 2021            *Attorneys for Defendants*