IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK BLAIR, *on behalf of himself and similarly situated employees*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC,<br><br>*Defendant.* | Civil Action No. 2:18-cv-254<br><br>Hon. William S. Stickman IV<br><br>Lead Case |
| VALERIE PITKIVITCH, *et al.*, *on behalf of herself and similarly situated employees*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:18-cv-1667<br><br>Member Case |

**ORDER OF COURT**

AND NOW, this 7 day of June 2021, IT IS HEREBY ORDERED that Defendants' Motion to Stay Class Claims (ECF No. 165) is DENIED.

BY THE COURT:

_____
WILLIAM S. STICKMAN, IV
UNITED STATES DISTRICT JUDGE