IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK BLAIR, *on behalf of himself and similarly situated employees*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC,<br><br>*Defendant.* | Civil Action No. 2:18-cv-254<br><br>Hon. William S. Stickman IV<br><br>Lead Case |
| VALERIE PITKIVITCH, *et al.*, *on behalf of herself and similarly situated employees*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:18-cv-1667<br><br>Member Case |

## ORDER OF COURT

AND NOW, this __27__ day of August 2021, IT IS HEREBY ORDERED that Defendants, Samuel Halper's ("Halper") and Ephram Lahasky's ("Lahasky"), Motion to Dismiss (ECF No. 171) is GRANTED in part and DENIED in part. Plaintiffs' breach of contract claims against Halper and Lahasky at Count IV of the Third Consolidated Amended Complaint (ECF No. 153)

are HEREBY DISMISSED with prejudice. Plaintiffs' remaining claims under the FLSA, PMWA, and WPCL will proceed.

BY THE COURT:

_/s/ William S. Stickman IV_
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE