IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK BLAIR, on behalf of himself and others similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC,<br><br>Defendant. | Civil Action No. 2:18-cv-00254 WSS |

## MOTION FOR *PRO HAC VICE* OF KEERTHI SUGUMARAN

Keerthi Sugumaran, undersigned counsel for Defendant Comprehensive Healthcare Management Services, LLC, hereby moves that Keerthi Sugumaran be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Comprehensive Healthcare Management Services, LLC pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Keerthi Sugumaran filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: December 20, 2021

                              Respectfully submitted,

                              JACKSON LEWIS, P.C.

By: */s/ Keerthi Sugumaran*
     Keerthi Sugumaran
     MA Bar I.D. No. 682822
     *keerthi.sugumaran@jacksonlewis.com*
     Jackson Lewis P.C.
     75 Park Plaza
     Boston, MA 02116
     (617) 305-1216telephone

     *Counsel for Defendant*
     *Comprehensive Healthcare Management Services, LLC*

**CERTIFICATE OF SERVICE**

      This hereby certifies that on this 20th day of December 2021, a true and accurate copy of the above document was filed with the Court via the ECF system and served upon all counsel of record.

                                          */s/ Keerthi Sugumaran*
                                          Jackson Lewis P.C.

4886-4199-7830, v. 1