IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK BLAIR, on behalf of himself and others similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>COMPREHENSIVE HEALTHCARE MANAGEMENT SERVICES, LLC,<br><br>Defendant. | Civil Action No. 2:18-cv-00254 WSS |

## MOTION FOR PRO HAC VICE OF JOHN T. WOODSON

John T. Woodson, undersigned counsel for Defendant Comprehensive Healthcare Management Services, LLC, hereby moves that John T. Woodson be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Comprehensive Healthcare Management Services, LLC pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of John T. Woodson filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  March 1, 2022

        Respectfully submitted,

        JACKSON LEWIS, P.C.

By: /s/ John T. Woodson
    John T. Woodson
    WI Bar I.D. No. 1094026
    *John.Woodson@jacksonlewis.com*
    Jackson Lewis P.C.
    22 E. Mifflin Street, Suite 800
    Madison, WI  53703
    (608) 807-5281 telephone
    (608) 260-0058 facsimile

*Counsel for Defendant*
*Comprehensive Healthcare Management Services, LLC*

4878-3454-6693, v. 1