UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------- x
: 
ERIK BLAIR, :
*on behalf of himself and* :
*similarly situated employees*, :
: Civil Action No. 2:18-cv-00254 WSS
Plaintiff, :
:
v. :
:
COMPREHENSIVE HEALTHCARE :
MANAGEMENT SERVICES, LLC, ET AL. :
:
Defendants. :
:
------------------------------------------------------- x

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs Erik Blair, Valerie Pitkivitch, Kimberly Horrell, Alana Richey, Anne Alcorn, Catherine Rumbaugh, Kristi Gaynord, Melanie Adley, Pat Mohr, and Ashley Homer, respectfully move this Court for preliminary approval of the class action Settlement Agreement that has been reached in this lawsuit. The Settlement Agreement is attached to this motion as Exhibit 1.

For the reasons set forth in the accompanying brief, Plaintiffs respectfully ask the Court to (i) provisionally certify the proposed class, (ii) preliminarily approve the settlement terms as fair, reasonable, and adequate, (iii) appoint The Employment Rights Group, LLC and Chivers LLP, as class counsel, (iv) appoint Erik Blair, Valerie Pitkivitch, Kimberly Horrell, Alana Richey, Anne Alcorn, Catherine Rumbaugh, Kristi Gaynord, Melanie Adley, Pat Mohr, and Ashley Home as the class representatives, (v) preliminarily approve the service awards for the class representatives, (vi) endorse the proposed process for approval of attorneys' fees and costs, (vii) approve the form of the Class Action Settlement Notice (attached to the Agreement as Exhibit A), which will be sent

to all Class Members identified in Schedule A to the Agreement, (viii) set deadlines for exclusions and objections to the settlement agreement, and (ix) schedule a final approval hearing to take place about 90 days after the date of the Court's preliminary approval order.

Defendants do not oppose this motion. The U.S. Department of Labor has not taken a position regarding this motion but has reserved all rights. A proposed order is attached.

Dated: August 19, 2022

                Respectfully submitted,

                */s/Joseph H. Chivers*

Joseph H. Chivers, Esq.
jchivers@employmentrightsgroup.com
PA ID No. 39184
THE EMPLOYMENT RIGHTS GROUP, LLC
First & Market Building, Suite 650
100 First Avenue
Pittsburgh, PA  15222
412-227-0763
412-774-1994 (facsimile)

Jeffrey W. Chivers
 jwc@chivers.com
Theodore I. Rostow
 tir@chivers.com
CHIVERS LLP
300 Cadman Plaza West
12th Floor
Brooklyn, New York  11201
Tel.:  (718) 210-9825

*Counsel for Plaintiffs
and all others similarly situated*