## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------- x
                                                  :

ERIK BLAIR,
*on behalf of himself and*
*similarly situated employees*,

                Plaintiff,

        v.

COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC, ET AL.,

            Defendants.

---------------------------------------------------- x

Civil Action No. 2:18-cv-00254 WSS

### <u>Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement</u>

And Now Come Plaintiffs Erik Blair, Valerie Pitkivitch, Kimberly Horrell, Alana Richey, Anne Alcorn, Catherine Rumbaugh, Kristi Gaynord, Melanie Adley, Pat Mohr, and Ashley Homer, through their undersigned counsel, and file this Motion for Final Approval of Class Action Settlement in this matter. The Settlement Agreement, ECF No. 222-1, was preliminarily approved by Order dated August 30, 2022, *see* ECF No. 226.

Plaintiffs request entry of the proposed Final Approval Order attached hereto approving the Settlement Agreement and dismissing the civil action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Defendants do not oppose this Motion. The proposed Final Approval Order is attached hereto.

Wherefore, Plaintiffs respectfully request entry of the proposed Final Approval Order.

<u>Dated</u>:   November 28, 2022
      Pittsburgh, PA

                                     Respectfully submitted,

_/s/Joseph H. Chivers_

Joseph H. Chivers, Esq.
jchivers@employmentrightsgroup.com
PA ID No. 39184
THE EMPLOYMENT RIGHTS GROUP, LLC
First & Market Building, Suite 650
100 First Avenue
Pittsburgh, PA  15222
412-227-0763
412-774-1994 (facsimile)

Jeffrey W. Chivers
  jwc@chivers.com
Theodore I. Rostow
  tir@chivers.com
CHIVERS LLP
300 Cadman Plaza West
12th Floor
Brooklyn, New York  11201
Tel.:  (718) 210-9825

_Counsel for Plaintiffs_
_and all others similarly situated_